JS44

GP

**JS 44** (Rev. 12/07)

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I (a) PLAINTIFFS

DONNA SULLIVAN and DANIEL SULLIVAN, h/w

**DEFENDANTS**

LIVE NATION and LIVE NATION, INC. and LIVE NATION ENTERTAINMENT, INC. and CAESARS and CAESARS ENTERTAINMENT CORPORATION and CAESARS LICENSE COMPANY, LLC

**(b)** COUNTY OF RESIDENCES OF FIRST LISTED PLAINTIFF
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Kevin Malloy, Esquire
DISANDRO & MALLOY, P.C.
1760 Market Street, Suite 1201
Philadelphia, PA 19103

ATTORNEYS (IF KNOWN)

LAWRENCE M. KELLY, ESQUIRE
**MINTZER, SAROWITZ, ZERIS, LEDVA & MEYERS, LLP**
Centre Square, West Tower
1500 Market Street, Suite 4100
Philadelphia, PA 19102
(215) 735-7200

## II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)

(For Diversity Cases Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Parties in Item III)
- ☐ 3 Federal Question (U.S. Government Not a Party)
- X 4 Diversity (Indicate Citizenship of

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | X1 | ☐ 1 | Incorporated or Principal Place | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place | ☐ 5 | X 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (PLACE AN x IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med Malpractice | ☐ 625 Drug Related Seizure of | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury -- | property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R R & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers | Injury Product | ☐ 650 Airline Regs | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | **LABOR** | ☐ 861 hia (1395FF) | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ |
| of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 720 Labor/Mgmt. Relations | ☐ 863 dwc/diww (405(g)) | Exchange |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle | Property Damage | ☐ 730 Labor/Mgmt. Reporting & | ☐ 864 SSID Title XVI | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | & Disclosure Act | ☐ 864 RSI (405(g)) | 12 USC 3410zation Act |
| X 360 Other Personal | Product Liability | Product Liability | ☐ 740 Railway Labor Act | | ☐ 890 Other Statutory Actions |
| ☐ 195 Contract Product Liability | Injury | | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 891 Agricultural Acts |
| ☐ 196 Franchise | | | ☐ 791 Empl. Ret. Inc. Security Act | | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motion to Vacate | **IMMIGRATION** | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 462 Naturalization Application | ☐ 871 IRS-- Third Party | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | Habeas Corpus | ☐ 463 Habeas Corpus - Alien Detainee | 26 USC 7609 | ☐ 900 Appeal of Fee Determination |
| ☐ 240 Torts to Land | Accommodation | ☐ 530 General | ☐ 465 Other Immigration Actions | | Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of State |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | Statutes |
| | | ☐ 550 Civil Rights ☐ 555 Prison Conditions | | | |

## V. ORIGIN (PLACE AN x IN ONE BOX ONLY)

- ☐ 1 Original Proceeding
- X 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Judge from Magistrate Judgment

Transferred from

Appeal to District

## VI. CAUSE OF ACTION

(CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING (Do not cite jurisdictional statutes unless diversity):

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

CHECK IF THIS IS A CLASS ACTION
☐ UNDER F.R.C.P. 23

DEMAND

Check YES only if demanded in complaint:
JURY DEMAND: ☐ YES X NO

NOV 2 4 2014

## VIII. RELATED CASE(S) IF ANY

(See Instructions)

Judge                    Docket Number

DATE: November 24, 2014

SIGNATURE OF ATTORNEY OF RECORD
LAWRENCE M. KELLY, ESQUIRE

FOR OFFICE USE ONLY

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA - DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: 231 Dickinson Street, Philadelphia, PA 19147

Address of Defendant: 2100 Pacific Avenue, Atlantic City, NJ 08401

Place of Accident, Incident or Transaction: Boardwalk Regency Corporation d/b/a Caesars Atlantic City in Atlantic City, NJ

**14 6746**

Does this case involve multidistrict litigation possibilities?                    Yes ☐   No X

RELATED CASE IF ANY
Case Number: _____          Judge _____          Date Terminated: _____

Civil Cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within
   one year previously terminated action in this court?                    Yes ☐   No X
2. Does this case involve the same issue of fact or grow out of the same transaction
   as a prior suit pending or within one year previously terminated action in this
   court?                    Yes ☐   No X
3. Does this case involve the validity or infringement of a patent already in suit or
   any earlier numbered case pending or within one year previously terminated action
   in this court?                    Yes ☐   No X
4. Is this a second or successive habeas corpus, social security appeal, or pro se civil rights
   Case filed by the same individual?                    Yes ☐   No X

CIVIL:   (Place X in ONE CATEGORY ONLY)

A. *Federal Question Cases:*

1. Indemnity Contract, Marine Contract, and All
2. FELA
3. Jones Act-Personal Injury
4. Antitrust
5. Patent
6. Labor-Management Relations

7. Civil Rights
8. Habeas Corpus
9. Securities Act(s) Cases
10. Social Security Review Cases
11. All Other Federal Question Cases
    (Please specify)

B. *Diversity Jurisdiction Cases:*

1. Insurance Contract and Other Contracts
2. Airplane Personal Injury
3. Assault, Defamation
4. Marine Personal Injury
5. Motor Vehicle Personal Injury
6. X Other Personal Injury (Please specify) – Premises Liability –
                                                          Slip and Fall
7. Products Liability
8. Products Liability - Asbestos
9. All other Diversity Cases
    (Please specify)

ARBITRATION CERTIFICATION
*(Check appropriate Category)*

I,  LAWRENCE M. KELLY, ESQUIRE, counsel of record do hereby certify:

**NOV 24 2014**

Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil
action case exceed the sum of $150,000.00 exclusive of interest and costs;
          Relief other than monetary damages is sought.

DATE: _____

LAWRENCE M. KELLY, ESQUIRE
Attorney-at-Law                    Attorney ID # 58732

NOTE:   A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this
court as noted above.

DATE:   November 24, 2014          _____

LAWRENCE M. KELLY, ESQUIRE
Attorney-at-Law                    Attorney ID # 58732

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## CASE MANAGEMENT TRACK DESIGNATION FORM

| | |
|---|---|
| DONNA SULLIVAN and DANIEL SULLIVAN, h/w <br><br> vs. <br><br> LIVE NATION and LIVE NATION, INC. and LIVE NATION ENTERTAINMENT, INC. and CAESARS and CAESARS ENTERTAINMENT CORPORATION and CAESARS LICENSE COMPANY, LLC | CIVIL ACTION <br><br> **14**    6746 <br><br> NO. |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants.    (See    1:03 of the plan set forth on the reverse side of this form.)   In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a case management track designation form specifying the track to which that defendant believes the case should be assigned.

SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:

(a)   Habeas Corpus -- Cases brought under 28 U.S.C.
2241 through   2255.                                                          (   )

(b)   Social Security -- Cases requesting review of a
decision of the Secretary of Health and Human
Services denying plaintiff Social Security Benefits.          (   )

(c)   Arbitration -- Cases required to be designated for
arbitration under Local Civil Rule 53.2.                            (   )

(d)   Asbestos -- Cases involving claims for personal
injury or property damage from exposure to
asbestos.                                                                          (   )

(e)   Special Management -- Cases that do not fall into
tracks (a) through (d) that are commonly referred
to as complex and that need special or intense
management by the court.   (See reverse side of
this form for a detailed explanation of special
management cases.)                                                        (   )

(f)   Standard Management -- Cases that do not fall into
any one of the other tracks.                                         ( X )

DATE:   November 24, 2014

LAWRENCE M. KELLY, ESQUIRE
Attorney-at-Law                    Attorney ID #58732

NOV 2 1 2014

GP

#40⁰

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONNA SULLIVAN and DANIEL SULLIVAN, h/w | CIVIL ACTION |
| vs. | NO. |
| LIVE NATION WORLDWIDE, INC., LIVE NATION and LIVE NATION, INC. and LIVE NATION ENTERTAINMENT, INC. and CAESARS and CAESARS ENTERTAINMENT CORPORATION and CAESARS LICENSE COMPANY, LLC | 14   6746 |

### NOTICE OF REMOVAL

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA:

Defendants, BOARDWALK REGENCY CORPORATION d/b/a CAESARS ATLANTIC CITY (Incorrectly designated as "CAESARS") and CAESARS ENTERTAINMENT CORPORATION and CAESARS LICENSE COMPANY, LLC, by and through their attorneys, MINTZER, SAROWITZ, ZERIS, LEDVA & MEYERS, hereby remove the above-captioned case to this Honorable Court and provide notice of same to Counsel representing Plaintiff. In support of this Notice of Removal, the Defendant avers as follows:

1.    On October 17, 2014, Donna Sullivan and Daniel Sullivan, (hereinafter collectively referred to as "Plaintiffs") filed a Complaint in the Court of Common Pleas of Philadelphia County against Defendants, BOARDWALK REGENCY CORPORATION d/b/a CAESARS ATLANTIC CITY (Incorrectly designated as "CAESARS"), CAESARS ENTERTAINMENT CORPORATION, CAESARS LICENSE COMPANY, LLC, LIVE NATION ENTERTAINMENT, INC., LIVE NATION WORLDWIDE, INC., LIVE

NATION, INC., and LIVE NATION (hereinafter referred to as "Defendants"). (*See a copy of the Complaint attached hereto and marked as Exhibit "A"*).

2.     This instant Notice of Removal is being filed within the 30 days of the Complaint being served and so the Notice of Removal is timely filed.

3.     In the Complaint, Plaintiffs aver they are residents of Philadelphia, Pennsylvania. (See Exhibit "A", caption and Para. 1).

4.     Plaintiffs are domiciled at their address listed in the Complaint and, thus, are a citizens of Philadelphia, Pennsylvania.

5.     This incident allegedly occurred on November 23, 2013, when Plaintiff was "attending a Bonnie Raitt concert" in Atlantic City, New Jersey and "was caused to trip and fall as a result of coming into contact with the exposed metal piece, causing her to sustain personal injuries". (See Exhibit "A", Para. 12, 14, and 15).

6.     Defendant, Boardwalk Regency Corporation d/b/a Caesars Atlantic City (Incorrectly designated as " Caesars"), is a New Jersey Corporation with a principal place of business is located in Atlantic City, New Jersey.

7.     Therefore, Defendant Boardwalk Regency Corporation d/b/a Caesars Atlantic City (Incorrectly designated as " Caesars") is a citizen of New Jersey.

8.     Defendant Caesars Entertainment Corporation is a Delaware Corporation with a principal place of business located in Las Vegas, Nevada.

9.     Therefore, Defendant Caesars Entertainment Corporation is a citizen of Delaware.

10.     Defendant Caesars License Company, LLC, is a Nevada Corporation with a principal place of business located in Las Vegas, Nevada.

11.     Therefore, Defendant Caesars License Company, LLC is a citizen of Nevada.

12.     As evidenced by co-defendants' Consent To Removal, attached hereto and marked Exhibit "B", not only do the co-defendants consent to this removal but they have been misidentified.

13.     As set forth in Exhibit "B", there is no such entity called "Live Nation". The remaining co-defendants are Delaware corporations with their principal place of business in Beverly Hills, CA.

14.     Therefore, the Live Nation defendants are citizens of Delaware.

15.     Thus, diversity of citizenship exists because:

     a.  Plaintiffs are citizens of Pennsylvania,

     b.  Defendant, Boardwalk Regency Corporation d/b/a Caesars Atlantic City (Incorrectly designated as "Caesars"),  is a citizen of New Jersey,

     c.  Defendant Caesars Entertainment Corporation is a citizen of Delaware,

     d.  Defendant Caesars License Company, LLC, is a citizen of Delaware, and

     e.  Defendants, Live Nation Entertainment, Inc., Live Nation Worldwide, Inc., Live Nation, Inc., and Live Nation are citizens of Delaware.

16.     The parties are citizens of the states noted above both at the time of the filing of the Complaint, up through the time of the filing of this Removal Notice.

17.     Thus, there exists diversity of citizenship for this Court to have jurisdiction over this matter.

18.     Plaintiff, Donna Sullivan, makes the following allegations **against** the Defendants **under Count I:**

    a.  Plaintiff, Donna Sullivan, specifically alleges that she "sustained severe internal and external injuries in and about the head, body and limbs, including but not limited to: left ankle sprain with interstitial tearing of the peroneus brevis tendon, Achilles tendinosis, neuroma and intertarsal bursitis in the dorsal aspect of the 3rd interspace, and a severe shock to her nervous system, all of which have caused her and will continue to cause her great pain and agony, and have prevented her and will continue to prevent her in the future from attending to her daily duties and occupation, all to her great financial damage and loss". (See Exhibit "A", Count I, Para. 18).

    b.  She specifically alleges that she "has been obliged to expend various sums of money for medicine and medical attention in and about endeavoring to treat and cure herself of her said injuries, and will be obliged to expend additional sums of money for the same purposes in the future, all to her great financial damage and loss." (See Exhibit "A", Count I, Para. 19).

    c.  Plaintiff also alleges as "a further result of the accident and the injuries sustained therein", she "has and/or may suffer lost wages and an impairment of her earning capacity and power. . . ". (See Exhibit "A", Count I, Para. 20).

    d.  Plaintiff demands judgment against all Defendants, "in an amount in excess of Fifty Thousand ($50,000.00) Dollars, plus interest and costs."

19. Plaintiff, Daniel Sullivan, makes the following separate allegations against all the Defendants under Count II:

   a. Plaintiff, Daniel Sullivan, specifically alleges that he "was, for a period of time, may and probably will in the future be deprived of the society, assistance and support of his wife, plaintiff, Donna Sullivan, all of which has been and will continue to be to his great financial, physical, psychological and emotional damage and loss". (See Exhibit "A", Count II, Para. 24).

   b. Plaintiff, Daniel Sullivan, demands judgment against all Defendants, "in an amount in excess of Fifty Thousand ($50,000.00) Dollars, plus interest and costs."

20. Based on the allegations in Plaintiffs' Complaint, the amount in controversy is certainly alleged to be in excess of $75,000. (See Exhibit "A").

21. As such, the above-captioned civil action is one in which this Honorable Court has original jurisdiction pursuant to Title 28 United States Code §1332, based upon the fact that there exists diversity of citizenship between the parties and the amount in controversy is alleged to be in excess of $75,000, and it is accordingly one which may be removed to this Honorable Court by Notice pursuant to Title 28 United States Code §1441.

**WHEREFORE**, Defendants BOARDWALK REGENCY CORPORATION d/b/a CAESARS ATLANTIC CITY (Incorrectly designated as "CAESARS") and CAESARS ENTERTAINMENT CORPORATION and CAESARS LICENSE COMPANY, LLC, with the

consent of co-defendants, respectfully request that the above action now pending in the

Court of Common Pleas of Philadelphia County, Pennsylvania be removed to this Court.

**MINTZER, SAROWITZ, ZERIS, LEDVA
& MEYERS, LLP**

BY: _____

LAWRENCE M. KELLY, ESQUIRE
Attorney for Defendants,
BOARDWALK REGENCY CORPORATION d/b/a
CAESARS ATLANTIC CITY (Incorrectly designated as
"CAESARS") and CAESARS ENTERTAINMENT
CORPORATION and CAESARS LICENSE COMPANY, LLC
Centre Square, West Tower
1500 Market Street
Suite 4100
Philadelphia, PA 19102
(215) 735-7200
**MSZL&M File No. 007770.000438**

# EXHIBIT "A"

Court of Common Pleas of Philadelphia County
Trial Division

# Civil Cover Sheet

For Prothonotary Use Only (Docket Number)

OCTOBER 2014

E-Filing Number 1410034899

001910

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| DONNA SULLIVAN | LIVE NATION |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| 231 DICKINSON STREET<br>PHILADELPHIA PA 19147 | 334 SOUTH STREET<br>PHILADELPHIA PA 19147 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| DANIEL SULLIVAN | LIVE NATION, INC. |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| 231 DICKINSON STREET<br>PHILADELPHIA PA 19147 | 334 SOUTH STREET<br>PHILADELPHIA PA 19147 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | LIVE NATION WORLDWIDE, INC. |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | 334 SOUTH STREET<br>PHILADELPHIA PA 19147 |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NUMBER OF DEFENDANTS | COMMENCEMENT OF ACTION |
|---|---|---|
| 2 | 7 | [X] Complaint  [ ] Petition Action  [ ] Notice of Appeal<br>[ ] Writ of Summons  [ ] Transfer From Other Jurisdictions |

| AMOUNT IN CONTROVERSY | COURT PROGRAMS | | |
|---|---|---|---|
| [ ] $50,000.00 or less<br>[X] More than $50,000.00 | [ ] Arbitration<br>[ ] Jury<br>[X] Non-Jury<br>[ ] Other: | [ ] Mass Tort<br>[ ] Savings Action<br>[ ] Petition | [ ] Commerce<br>[ ] Minor Court Appeal<br>[ ] Statutory Appeals | [ ] Settlement<br>[ ] Minors<br>[ ] W/D/Survival |

CASE TYPE AND CODE

2S - PREMISES LIABILITY, SLIP/FALL

STATUTORY BASIS FOR CAUSE OF ACTION

| RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER) | FILED<br>PRO PROTHY<br><br>OCT 17 2014<br><br>D. SAVAGE | IS CASE SUBJECT TO<br>COORDINATION ORDER?<br>YES    NO |
|---|---|---|

TO THE PROTHONOTARY:

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: DONNA SULLIVAN , DANIEL SULLIVAN

Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY | ADDRESS |
|---|---|
| KEVIN M. MALLOY | 1760 MARKET STREET<br>SUITE 1201<br>PHILADELPHIA PA 19103 |

| PHONE NUMBER | FAX NUMBER | |
|---|---|---|
| (215)587-9900 | (215)587-9930 | |

| SUPREME COURT IDENTIFICATION NO. | E-MAIL ADDRESS |
|---|---|
| 55685 | km@disandromalloy.com |

| SIGNATURE OF FILING ATTORNEY OR PARTY | DATE SUBMITTED |
|---|---|
| KEVIN MALLOY | Friday, October 17, 2014, 08:08 am |

FINAL COPY (Approved by the Prothonotary Clerk)

## COMPLETE LIST OF DEFENDANTS:

1. CAESARS LICENSE COMPANY, LLC
   2100 PACIFIC AVENUE
   ATLANTIC CITY NJ 08401
2. CAESARS ENTERTAINMENT CORPORATION
   2100 PACIFIC AVENUE
   ATLANTIC CITY NJ 08401
3. CAESARS
   2100 PACIFIC AVENUE
   ATLANTIC CITY NJ 08401
4. LIVE NATION ENTERTAINMENT, INC.
   334 SOUTH STREET
   PHILADELPHIA PA 19147
5. LIVE NATION WORLDWIDE, INC.
   334 SOUTH STREET
   PHILADELPHIA PA 19147
6. LIVE NATION, INC.
   334 SOUTH STREET
   PHILADELPHIA PA 19147
7. LIVE NATION
   334 SOUTH STREET
   PHILADELPHIA PA 19147

**MAJOR NON-JURY**

DISANDRO & MALLOY, P.C.
By: Kevin M. Malloy, Esquire
Identification No. 55685                              **ATTORNEY FOR PLAINTIFF**
1760 Market Street, Suite 1201
Philadelphia, Pennsylvania 19103
(215) 587-9900

*Filed and Attested by
PROTHONOTARY
17 OCT 2014 08:40 am
DISTRICT OF PENNSYLVANIA*

DONNA SULLIVAN and
DANIEL SULLIVAN, h/w                     COURT OF COMMON PLEAS
231 Dickinson Street                     PHILADELPHIA COUNTY
Philadelphia, PA 19147

vs.                                      TERM, 2014

LIVE NATION                              NO.
334 South Street
Philadelphia, PA 19147
and
LIVE NATION, INC.
334 South Street
Philadelphia, PA 19147
and
**(caption continued on next page)**

## CIVIL ACTION

<table>
<tr><th>NOTICE</th><th>AVISO</th></tr>
<tr><td>

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP. THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER. IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE.

PHILADELPHIA BAR ASSOCIATION
LAWYER REFERRAL AND INFORMATION SERVICE
One Reading Center
Philadelphia, PA 19107
Telephone: 215-238-1701

</td><td>

Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las paginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificación. Hace falta asentar una comparesencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomará medidas y puede continuar la demanda en contra suya sin previo aviso o notificación. Además, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades u otros derechos importantes para usted.

LLEVE ESTA DEMANDA A UN ABOGADO INMEDIATAMENTE. SI NO TIENE ABOGADO O SI NO TIENE EL DINERO SUFICIENTE DE PAGAR TAL SERVICIO, VAYA EN PERSONA O LLAME POR TELÉFONO A LA OFICINA CUYA DIRECCION SE ENCUENTRA ESCRITA ABAJO PARA AVERIGUAR DONDE SE PUEDE CONSEGUIR ASISTENCIA LEGAL. ESTA OFICINA PUEDE PROVEER A USTED CON INFORMACION DE COMO ALQUILAR UN ABOGADO. SI USTED NO TIENE DINERO PARA ALQUILAR UN ABOGADO, ESTA OFICINA PUEDE PROVEER A USTED CON INFORMACION DE AGENCIAS QUE PUEDE OFRECER SERVICIOS LEGALES A PERSONAS ELEGIBLE A UN COSTO REDUCIDO O SIN COSTO NINGUNO.

ASOCIACION DE LICENCIADOS DE FILADELFIA SERVICIO
DE REFERENCIA E INFORMACION LEGAL
One Reading Center
Filadelfia, Pennsylvania 19107
Teléfono: 215-238-1701

</td></tr>
</table>

Case ID: 141001910

**(caption continued from previous page)**

LIVE NATION WORLDWIDE, INC.
334 South Street
Philadelphia, PA  19147
and
LIVE NATION ENTERTAINMENT, INC.
334 South Street
Philadelphia, PA  19147
and
CAESARS
2100 Pacific Avenue
Atlantic City, NJ  08401
and
CAESARS ENTERTAINMENT CORPORATION
2100 Pacific Avenue
Atlantic City, NJ  08401
and
CAESARS LICENSE COMPANY, LLC
2100 Pacific Avenue
Atlantic City, NJ  08401

DISANDRO & MALLOY, P.C.
By: Kevin M. Malloy, Esquire
Identification No. 55685                    **ATTORNEY FOR PLAINTIFF**
1760 Market Street, Suite 1201
Philadelphia, Pennsylvania 19103
(215) 587-9900

---

| | |
|---|---|
| DONNA SULLIVAN and<br>DANIEL SULLIVAN, h/w<br>231 Dickinson Street<br>Philadelphia, PA 19147 | COURT OF COMMON PLEAS<br>PHILADELPHIA COUNTY |
| vs. | TERM, 2014 |
| LIVE NATION<br>334 South Street<br>Philadelphia, PA 19147<br>and<br>LIVE NATION, INC.<br>334 South Street<br>Philadelphia, PA 19147<br>and<br>LIVE NATION WORLDWIDE, INC.<br>334 South Street<br>Philadelphia, PA 19147<br>and<br>LIVE NATION ENTERTAINMENT, INC.<br>334 South Street<br>Philadelphia, PA 19147<br>and<br>CAESARS<br>2100 Pacific Avenue<br>Atlantic City, NJ 08401<br>and<br>CAESARS ENTERTAINMENT CORPORATION<br>2100 Pacific Avenue<br>Atlantic City, NJ 08401<br>and<br>CAESARS LICENSE COMPANY, LLC<br>2100 Pacific Avenue<br>Atlantic City, NJ 08401 | NO. |

## CIVIL ACTION

### COUNT ONE

## DONNA SULLIVAN V. LIVE NATION AND LIVE NATION, INC. AND LIVE NATION WORLDWIDE, INC. AND LIVE NATION ENTERTAINMENT, INC. AND CAESARS AND CAESARS ENTERTAINMENT CORPORATION AND CAESARS LICENSE COMPANY, LLC

1.     Plaintiff, Donna Sullivan, is an individual who resides at 231 Dickinson Street, Philadelphia, PA 19147.

2.     Plaintiff, Daniel Sullivan, is an individual who resides at 231 Dickinson Street, Philadelphia, PA 19147.

3.     Defendant, Live Nation, operates as a live music and event management company with a principal place of business located at 334 South Street, Philadelphia, PA 19147.

4.     Defendant, Live Nation, Inc., operates as a live music and event management company with a principal place of business located at 334 South Street, Philadelphia, PA 19147.

5.     Defendant, Live Nation Worldwide, Inc., is a subsidiary of Live Nation Entertainment, Inc., and operates as a live music and event management company with a principal place of business located at 334 South Street, Philadelphia, PA 19147.

6.     Defendant, Live Nation Entertainment, Inc., operates as a live music and event management company with a principal place of business located at 334 South Street, Philadelphia, PA 19147.

7.     Defendant, Caesars, is a foreign corporation with an address for service located at 2100 Pacific Avenue, Atlantic City, NJ 08401.

8.     Defendant, Caesars Entertainment Corporation, is a foreign corporation with an address for service located at 2100 Pacific Avenue, Atlantic City, NJ 08401.

9.     Defendant, Caesars License Company, LLC, is a foreign corporation with an address for service located at 2100 Pacific Avenue, Atlantic City, NJ 08401.

10.     On or about November 23, 2013, and at all times material hereto, defendants, Live Nation and/or Live Nation, Inc. and/or Live Nation Worldwide, Inc. and/or Live Nation Entertainment, Inc. and/or Caesars and/or Caesars Entertainment Corporation and/or Caesars License Company, LLC, owned, operated, occupied, leased, controlled and/or maintained the building and property located at 2100 Pacific Avenue, Atlantic City, New Jersey, more commonly known as Caesars.

11.     At all times material herein, defendants,  Live Nation and/or Live Nation, Inc. and/or Live Nation Worldwide, Inc. and/or Live Nation Entertainment, Inc. and/or Caesars and/or Caesars Entertainment Corporation and/or Caesars License Company, LLC, did in fact solicit customers via advertisements in Philadelphia newspapers and in Philadelphia telephone directories and were thereby conducting business on a routine basis in the Philadelphia area and deriving compensation therefrom, and also were generally conducting business at various locations in the City of Philadelphia.

12.     On or about November 23, 2013, and at all times material hereto, defendants, Live Nation and/or Live Nation, Inc. and/or Live Nation Worldwide, Inc. and/or Live Nation Entertainment, Inc. and/or Caesars and/or Caesars Entertainment Corporation and/or Caesars License Company, LLC, through their agents, servants, workmen and/or employees, had under their care, supervision and direction, control, custody and maintenance of the aforementioned premises, and said defendants were under a joint and individual duty to maintain the said premises in a safe condition for persons lawfully thereon.

13.     Notwithstanding its duty, defendants, Live Nation and/or Live Nation, Inc. and/or

Live Nation Worldwide, Inc. and/or Live Nation Entertainment, Inc. and/or Caesars and/or Caesars Entertainment Corporation and/or Caesars License Company, LLC, by their agents, servants, workmen and/or employees, did on the date aforesaid and for some time prior thereto carelessly and negligently keep and maintain the aforesaid premises which were caused, permitted and allowed to become and remain in a highly dangerous and defective condition, to wit: allowing an exposed elongated metal piece and wires to be within the walking area of the establishment and main floor/aisle area, causing a tripping hazard, which created a highly dangerous and defective condition for the plaintiff, Donna Sullivan, who was a business invitee, and other pedestrians proceeding thereon.

14. On or about the aforesaid date, plaintiff was at the aforementioned premises attending a Bonnie Raitt concert.

15. On or about the aforesaid date, while the plaintiff was on the aforesaid premises, she was caused to trip and fall as a result of coming into contact with the exposed metal piece, causing her to sustain personal injuries hereinafter more specifically set forth.

16. Plaintiff avers that defendants, Live Nation and/or Live Nation, Inc. and/or Live Nation Worldwide, Inc. and/or Live Nation Entertainment, Inc. and/or Caesars and/or Caesars Entertainment Corporation and/or Caesars License Company, LLC, by their agents, servants, workmen and/or employees, had or should have had notice of the existence of said defective condition above mentioned prior to the happening of said accident.

17. At the time and place aforesaid, the carelessness, recklessness and negligence of the defendants, consisted of the following:

(a) Failing to properly maintain the said premises;

(b) Failing to have the said premises inspected at reasonable intervals;

(c)     Failing to give proper and sufficient warnings to plaintiff of the highly dangerous condition of said premises;

(d)     Disregarding the rights and safety of the plaintiff and other persons lawfully on the defendants' premises;

(e)     Allowing the premises to remain in a dangerous and unsafe condition;

(f)     Failing to use reasonable prudence and care to keep the premises in a safe condition;

(g)     Being otherwise negligent under the circumstances.

18.     As a direct result of the defendants' carelessness, recklessness and negligence as aforesaid, plaintiff, Donna Sullivan, sustained severe internal and external injuries in and about the head, body and limbs, including but not limited to:  left ankle sprain with interstitial tearing of the peroneus brevis tendon, Achilles tendinosis, neuroma and intertarsal bursitis in the dorsal aspect of the 3rd interspace,  and a severe shock to her nervous system, all of which have caused her and will continue to cause her great pain and agony, and have prevented her and will continue to prevent her in the future from attending to her daily duties and occupation, all to her great financial damage and loss.

19.     Further, by reason of the aforesaid, plaintiff, Donna Sullivan, has been obliged to expend various sums of money for medicine and medical attention in and about endeavoring to treat and cure herself of her said injuries, and will be obliged to expend additional sums of money for the same purposes in the future, all to her great financial damage and loss.

20.     As a further result of the accident and the injuries sustained therein, plaintiff, Donna Sullivan, has and/or may suffer lost wages and an impairment of her earning capacity and power, which lost wages and impairment of earning capacity and power has or may exceed the

sums recoverable under the limitations of the Pennsylvania Motor Vehicle Financial Responsibility law.

21.     Plaintiff, Donna Sullivan, avers that her injuries and damages were caused solely by the negligence of the defendants as hereinbefore set forth.

WHEREFORE, plaintiff, Donna Sullivan, demands judgment against the defendants, Live Nation and Live Nation, Inc. and Live Nation Worldwide, Inc. and Live Nation Entertainment, Inc. and Caesars and/or Caesars Entertainment Corporation and Caesars License Company, LLC, jointly and/or severally, in an amount in excess of Fifty Thousand ($50,000.00) Dollars, plus interest and costs.

## COUNT TWO

### DANIEL SULLIVAN V. LIVE NATION AND LIVE NATION, INC. AND LIVE NATION WORLDWIDE, INC. AND LIVE NATION ENTERTAINMENT, INC. AND CAESARS AND CAESARS ENTERTAINMENT CORPORATION AND CAESARS LICENSE COMPANY, LLC

22.     Plaintiff, Daniel Sullivan, is the husband of plaintiff, Donna Sullivan, and resides with her at 231 Dickinson Street, Philadelphia, PA 19147.

23.     Plaintiff, Daniel Sullivan, incorporates herein by reference the averments contained in paragraphs 1 through 21, inclusive, as fully as though the same were herein set forth at length.

24.     As a direct result of the defendants' carelessness, recklessness and negligence as aforesaid, plaintiff, Daniel Sullivan, was, for a period of time, may and probably will in the future be deprived of the society, assistance and support of his wife, plaintiff, Donna Sullivan, all of which has been and will continue to be to his great financial, physical, psychological and emotional damage and loss.

WHEREFORE, plaintiff, Daniel Sullivan, demands judgment against the defendants, Live Nation and Live Nation, Inc. and Live Nation Worldwide, Inc. and Live Nation Entertainment, Inc. and Caesars and/or Caesars Entertainment Corporation and Caesars License Company, LLC, jointly and/or severally, in an amount in excess of Fifty Thousand ($50,000.00) Dollars, plus interest and costs.

DISANDRO & MALLOY, P.C.

BY: _Kevin M. Malloy_
     KEVIN M. MALLOY, ESQUIRE
     ATTORNEY FOR PLAINTIFF

# VERIFICATION

I,   Donna Sullivan        , make this verification subject to the penalties

of 18 Pa. C.S.A. '4904, relating to unsworn falsification to authorities. The attached pleading is

based upon information which I have furnished to my counsel and information which has been

gathered by my counsel in preparation for the prosecution of this lawsuit. The language

contained in the pleading is that of counsel and not mine. I have read the pleading, and to the

extent it is based upon information which I have given to my counsel, it is true and correct to the

best of my knowledge, information, and belief. To the extent that the contents of the pleading

are that of counsel, I have relied upon my counsel in making this verification.

_____
DONNA SULLIVAN

_10/17/14_____
Dated:

# EXHIBIT "B"

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DONNA SULLIVAN and | : | |
| DANIEL SULLIVAN, H/W | : | |
| | : | |
| v. | : | |
| | : | CIVIL ACTION NO. |
| LIVE NATION, LIVE NATON, INC., | : | |
| LIVE NATION WORLDWIDE, INC., | : | |
| LIVE NATION ENTERTAINMENT, INC., | : | |
| CAESARS, CAESARS ENTERTAINMENT | : | |
| CORPORATION and | : | |
| CAESARS LICENSE COMPANY, LLC | : | |

## CONSENT TO REMOVAL

I am authorized to provide this written consent on behalf of Defendants, Live Nation, Live Nation, Inc., Live Nation Worldwide, Inc. and Live Nation Entertainment, Inc. Live Nation, Live Nation, Inc., Live Nation Worldwide, Inc. and Live Nation Entertainment, Inc., with full reservation of all rights and defenses, hereby consent to removal of the action filed in the Philadelphia Court of Common Pleas under docket number 141001910 to the United States District Court for the Eastern District of Pennsylvania, and further aver as follows:

1.      There is no entity named "Live Nation."

2.      Live Nation Worldwide, Inc. is a Delaware corporation with its principal place of business at 9348 Civic Center Drive, Beverly Hills, California 90210.

3.      Live Nation Entertainment, Inc., formerly known as Live Nation, Inc., is a Delaware corporation with its principal place of business at 9348 Civic Center Drive, Beverly Hills, California 90210.

**SWEENEY & SHEEHAN**

By: _____
J. Michael Kunsch
Identification No. PA 61922
1515 Market Street, Suite 1900
Philadelphia, Pennsylvania 19102
Telephone (215) 563-9811
Facsimile  215.557.0999
michael.kunsch@sweeneyfirm.com
Attorney for Defendants,
Live Nation, Live Nation, Inc.,
Live Nation Worldwide, Inc. and
Live Nation Entertainment, Inc.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DONNA SULLIVAN and DANIEL SULLIVAN, h/w<br><br>vs.<br><br>LIVE NATION and LIVE NATION, INC. and LIVE NATION ENTERTAINMENT, INC. and CAESARS and CAESARS ENTERTAINMENT CORPORATION and CAESARS LICENSE COMPANY, LLC | CIVIL ACTION<br><br>NO. |

## CERTIFICATE OF SERVICE

I, LAWRENCE M. KELLY, ESQUIRE, do hereby certify that a true and correct copy of the within Notice of Removal was forwarded by First Class Mail, postage pre-paid on the 24th day of November, 2014 as follows:

KEVIN MALLOY, ESQUIRE
DISANDRO & MALLOY, P.C.
1760 MARKET STREET, SUITE 1201
PHILADELPHIA, PA 19103

**MINTZER, SAROWITZ, ZERIS, LEDVA**
**& MEYERS, LLP**

BY: _____
LAWRENCE M. KELLY, ESQUIRE
Attorney for Defendants,
BOARDWALK REGENCY CORPORATION d/b/a
CAESARS ATLANTIC CITY (Incorrectly designated as
"CAESARS") and CAESARS ENTERTAINMENT
CORPORATION and CAESARS LICENSE COMPANY, LLC
Centre Square, West Tower
1500 Market Street
Suite 4100
Philadelphia, PA 19102
(215) 735-7200
**MSZL&M File No. 007770.000438**